ARMES *v.* THE PIERCE GOVERNOR COMPANY, INC.

[No. 18,202. Motion to retax costs overruled in opinion May 14, 1953.]

*Fansler, Fauvre, Young & Chambers,* of Indianapolis, for appellant.

*Bagot, Free & Shearer,* of Anderson, for appellee, Pierce Governor Company.

PER CURIAM—This court decided this appeal in favor of appellant October 15, 1951. *Armes* v. *The Pierce Gov-*

*ernor Company, Inc.* (1951), 121 Ind. App. 566, 101 N. E. 2d 199.

A statement of costs was sent appellee by the Clerk of this court on November 15, 1951 and January 17, 1952. On April 28, 1953 appellee filed its motion to retax the costs. In *Howard et al.* v. *Robinette et al.* (1952), 123 Ind. App. 206, 109 N. E. 2d 432, we held a motion to retax costs should be filed in a reasonable time after final decision. Appellee's motion was not filed in a reasonable time. Therefore, its motion is overruled.

NOTE.—Reported in 112 N. E. 2d 241.